TALMAGE et al. v. UNITED STATES.

(Circuit Court, S. D. New York. December 8, 1896.)

No. 2,354.

CUSTOMS DUTIES—CLASSIFICATION—RICE.

The specific descriptions in paragraph 193 of the tariff act of 1894 are intended to define all kinds of imported rice, and accordingly rice from which not only the outer hull, but also the inner cuticle, has been removed, though commercially known, prior to the act, as "uncleaned rice," is not entitled to be classified as such, but is dutiable as cleaned rice.

This was an appeal by Dan Talmage's Sons from a decision of the board of general appraisers sustaining the classification by the collector of the port of New York of certain rice imported by the appellants. The rice was described in the invoice as "Patna rice (not cleaned)," but was classified by the collector as cleaned rice, and duty was assessed thereon at 1½ cents per pound, under paragraph 193 of the tariff act of 1894, pursuant to the report of the assistant appraiser that the merchandise in question was rice with the outer and inner cuticle removed, and contained particles of rice flour or meal. The importers' protest claimed that the rice was dutiable only at $^8/_{10}$ of 1 cent per pound under paragraph 193, or at the same rate under section 4 of the same act, or at no more than 20 per cent. ad valorem, as a nonenumerated partly manufactured article, under section 3 of the act. It appeared by evidence taken before the board of general appraisers that the rice in question was known commercially, prior to August 28, 1894, as uncleaned rice, but also that the inner or yellow cuticle had been removed from it.

W. Wickham Smith, for plaintiffs.
Henry C. Platt, Asst. U. S. Atty.

WHEELER, District Judge. The act of 1894, by paragraph 193, divides rice into three classes for duty, viz.:

"Rice cleaned, one and one-half cents per pound; uncleaned rice, or rice free of the outer hull, and still having the inner cuticle on, eight-tenths of one cent per pound; * * * paddy, or rice having the outer hull on, three-fourths of one cent per pound."

These specific descriptions are new; and, in view of prior legislation and litigation, seem intended to extend to and define all kinds of imported rice. Under them what is not paddy is uncleaned rice, and what is not uncleaned rice is cleaned rice. This importation is of Bengal rice, and is not only free of the outer hull, but has not still the inner cuticle on. It is not paddy, nor uncleaned rice, according to these statutory descriptions, but has become cleaned rice. Decisions and trade distinctions upon former statutes are themselves controlled by this new statutory division, and cannot be controlling over this subject with their former force. Decision of general appraisers affirmed.